Filed 10/3/23  P. v. Kudelka CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>VINCENT PHILLIP KUDELKA,<br><br>    Defendant and Appellant. | 2d Crim. No. B327233<br>(Super. Ct. No. 2021013083)<br>(Ventura County) |

In 2022, Vincent Phillip Kudelka pleaded guilty to domestic violence after assaulting his girlfriend.  (Pen. Code, § 273.5, subd. (a).)  The trial court suspended imposition of sentence and placed him on three years of formal probation.  As a term of his probation, Kudelka was prohibited from possessing body armor.

During a probation search, police arrested Kudelka for possession of body armor.  (Pen. Code, § 31360, subd. (a).)  Kudelka subsequently admitted that he had violated the terms of his probation.  The trial court revoked probation and sentenced him to three years in state prison.

We appointed counsel to represent Kudelka in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On July 20, 2023, we advised Kudelka by mail that he had 30 days within which to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Kudelka's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

BALTODANO, J.

We concur:

YEGAN, Acting P. J.

CODY, J.

2

Catherine M. Voelker, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.